UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-22436-DPG

WINDY LUCIUS,

     Plaintiff,

v.

JUST SALAD LLC,

     Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant, Plaintiff Windy Lucius hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests this Court to terminate the action.

Dated: September 15, 2020          Respectfully submitted,

                              */s/ J. Courtney Cunningham*
                              J. Courtney Cunningham, Esq.
                              J. COURTNEY CUNNINGHAM, PLLC
                              FBN: 628166
                              8950 SW 74th Court, Suite 2201
                              Miami, FL 33156
                              T:  305-351-2014
                              cc@cunninghampllc.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                              */s/ J. Courtney Cunningham*
                              J. Courtney Cunningham, Esq.